**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :  No. 102 EAL 2022

            Respondent            :

                           :  Petition for Allowance of Appeal
                           :  from the Order of the Superior Court

           v.                 :

ANGELO MARTINEZ,               :

            Petitioner             :

COMMONWEALTH OF PENNSYLVANIA,     :  No. 103 EAL 2022

            Respondent            :

                           :  Petition for Allowance of Appeal
                           :  from the Order of the Superior Court

           v.                 :

ANGELO MARTINEZ,               :

            Petitioner             :

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of January, 2023, the Petition for Allowance of Appeal and the Application for Remand are **DENIED**.